[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 2, 2007
THOMAS K. KAHN
CLERK

No. 06-13728
Non-Argument Calendar

_____

D. C. Docket No. 06-00035-CR-T-26TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NIXON QUINTERO-GONGORA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 2, 2007)**

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Nixon Gongora, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the conviction and resulting sentence are **AFFIRMED**.